# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL LOVE, <br><br> Plaintiff, <br><br> v. <br><br> GREGORY P. WELCH, in representative and individual capacity as trustee; <br> BARRY F. WELCH, in representative and individual capacity as trustee; <br> JOSEPH W. WELCH III, in representative and individual capacity as trustee; <br> RENATO LEMES DE CARVALHO; and Does 1-10, <br><br> Defendants. | Case: No.: 3:18-CV-01020-EMC <br><br> [~~proposed~~] **ORDER GRANTING JOINT STIPULATION TO EXTEND SITE INSPECTION DEADLINE** |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT:

1. The deadline to hold a joint site inspection of the premises shall be extended to and include June 12, 2018.
2. All other dates that are calculated based on the inspection date will be adjusted accordingly.

IT IS SO ORDERED.

1

ORDER Granting Joint Stipulation                     Case No. 3:18-CV-01020-EMC

Dated: 5/30/18    _____
HONORABLE
UNITED STATES



IT IS SO ORDERED

Judge Edward M. Chen

2