CENTER FOR DISABILITY ACCESS
Chris Carson, Esq., SBN 280048
Phyl Grace, Esq., SBN 171771
Dennis Price, Esq., SBN 279082
Mail: PO Box 262490
San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com
Attorneys for Plaintiff

John R. Campo., SBN 157137
jcampo@bbgslaw.com
BRANSON BRINKOP GRIFFITH & CAMPO LLP
643 Bair Island Road, Suite 400
Redwood City, CA 94063
Telephone: (650)365-7710
Facsimile: (650) 365-7981
Attorney for Defendants
Gregory P. Welch; Barry F. Welch and
Joseph W. Welch III

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL LOVE,<br><br>  Plaintiff,<br><br>v.<br><br>GREGORY P. WELCH, in representative and individual capacity as trustee; BARRY F. WELCH, in representative and individual capacity as trustee; JOSEPH W. WELCH III, in representative and individual capacity as trustee; RENATO LEMES DE CARVALHO; and Does 1-10,<br><br>  Defendants. | Case No.: 3:18-CV-01020-EMC<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.C.P. 41 (a)(1)(A)(ii)** |

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each

party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: December 11, 2018      CENTER FOR DISABILITY ACCESS

By:    /s/ Amanda Lockhart Seabock
Amanda Lockhart Seabock
Attorneys for Plaintiff

Dated: December 11, 2018      BRANSON BRINKOP GRIFFITH & CAMPO LLP

By:    /s/ John R. Campo
John R. Campo
Attorney for Defendants
Gregory P. Welch; Barry F. Welch and Joseph W. Welch III

### SIGNATURE CERTIFICATION

I hereby certify that the content of this document is acceptable to the above-named signatory and that I have obtained counsel's authorization to affix his electronic signature to this document.

Dated: December 11, 2018      CENTER FOR DISABILITY ACCESS

By:    /s/ Amanda Lockhart Seabock
Amanda Lockhart Seabock
Attorneys for Plaintiff

**IT IS SO ORDERED**
Judge Edward M. Chen
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DATED: 12/11/2018

Joint Stipulation for Dismissal      3:18-CV-01020-EMC